# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**Case #: 19-CV-5571**

Roor International BV and Sream, Inc.

Plaintiff

vs.

Skokie Discount Tobacco, Inc. and Ramadan Darsaleh

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint For Injunctive Relief and Damages**

PARTY SERVED: **SKOKIE DISCOUNT TOBACCO, INC.**

PERSON SERVED: **STELLA BABA, ADMINISTRATIVE ASSISTANT**

METHOD OF SERVICE: **Corporate** - By leaving copies with the person identified above who stated they were authorized to accept service.

DATE & TIME OF DELIVERY: **11/08/2019 at 1:01 PM**

ADDRESS, CITY AND STATE: **7101 N CICERO AVE., STE 108, LINCOLNWOOD, IL 60712**

DESCRIPTION: **White, Female, 35, 5'6", 135 lbs, Black hair**

I declare under penalties of perjury that the information contained herein is true and correct.

_____
Steven A. Stosur, Lic # 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 11th day of November, 2019.

_____
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/21

CLIENT: **Langone, Johnson & Cassidy, LLC**           Tracking #: **421092**
FILE #: