# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Roor International BV and Sream Inc.,

Plaintiff (s),

v.

Skokie Discount Tobacco, Inc.,

Defendants (s).

Case No. 19 C 5571
Judge Virginia M. Kendall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of Plaintiff(s) Roor International BV and Sream Inc.
and against Defendant(s) Skokie Discount Tobacco Inc.
in the amount of $30,872.06.

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)
Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall.

Date: 9/28/2020                    Thomas G. Bruton, Clerk of Court

/s/Lynn Kandziora , Deputy Clerk